# EXHIBIT A

*John Doe*

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 76.114.33.61 | Comcast Cable Communications | 2011-11-22 07:07:01 |

*Co-Conspirators*

| | | |
|---|---|---|
| 108.0.190.107 | Verizon Online | 2011-11-18 21:12:19 |
| 108.192.17.97 | AT&T Internet Services | 2011-11-27 20:33:46 |
| 108.199.0.237 | AT&T Internet Services | 2011-11-26 23:13:49 |
| 108.67.58.124 | AT&T Internet Services | 2011-12-12 22:17:46 |
| 173.55.240.48 | Verizon Online | 2011-12-01 10:59:42 |
| 173.55.52.227 | Verizon Online | 2011-11-27 20:47:31 |
| 173.58.216.71 | Verizon Online | 2011-11-28 22:13:53 |
| 173.60.166.25 | Verizon Online | 2011-12-03 08:02:19 |
| 173.60.208.206 | Verizon Online | 2011-11-21 18:35:19 |
| 173.60.60.132 | Verizon Online | 2011-11-27 06:26:40 |
| 173.60.66.170 | Verizon Online | 2011-12-01 08:11:38 |
| 173.60.88.17 | Verizon Online | 2011-11-23 09:49:59 |
| 174.62.109.30 | Comcast Cable Communications | 2011-11-24 05:12:34 |
| 174.62.116.213 | Comcast Cable Communications | 2011-11-25 20:01:52 |
| 174.65.118.158 | Cox Communications | 2011-11-30 14:59:07 |
| 174.66.128.247 | Cox Communications | 2011-11-29 02:34:48 |
| 174.68.70.6 | Cox Communications | 2011-12-07 20:42:32 |
| 204.152.207.138 | OC3 Networks & Web Solutions | 2011-11-24 16:43:48 |
| 205.178.120.50 | RCN Corporation | 2011-11-15 05:40:09 |
| 207.204.252.118 | Reliablehosting.com | 2011-12-15 04:17:30 |
| 208.127.130.183 | DSL Extreme | 2011-11-18 21:15:49 |
| 209.33.27.9 | Suddenlink Communications | 2011-12-13 09:40:24 |
| 216.175.87.181 | New Edge Networks | 2011-11-26 17:17:17 |
| 216.40.140.110 | Road Runner | 2011-12-09 18:10:05 |
| 24.10.112.220 | Comcast Cable Communications | 2011-12-12 15:54:20 |
| 24.130.84.128 | Comcast Cable Communications | 2011-11-27 03:25:53 |
| 24.205.182.18 | Charter Communications | 2011-12-01 17:15:52 |
| 24.205.22.35 | Charter Communications | 2011-12-01 08:29:22 |
| 24.205.24.124 | Charter Communications | 2011-11-26 09:54:34 |
| 24.4.117.138 | Comcast Cable Communications | 2011-12-05 00:09:13 |
| 24.4.173.8 | Comcast Cable Communications | 2011-11-15 18:25:11 |
| 24.5.242.38 | Comcast Cable Communications | 2011-11-19 22:36:45 |
| 24.6.144.180 | Comcast Cable Communications | 2011-11-27 20:33:47 |
| 24.7.129.80 | Comcast Cable Communications | 2011-11-19 20:11:39 |
| 50.13.134.131 | Clearwire | 2011-12-02 12:34:11 |
| 50.131.105.83 | Comcast Cable Communications | 2011-12-11 08:58:26 |
| 66.215.80.24 | Charter Communications | 2011-11-22 21:24:19 |
| 66.234.197.164 | Wave Broadband | 2011-12-02 05:24:22 |
| 66.91.240.147 | Road Runner | 2011-11-22 21:10:44 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 66.92.1.73 | Speakeasy | 2011-11-19 23:08:20 |
| 67.160.204.97 | Comcast Cable Communications | 2011-12-14 03:40:48 |
| 67.169.75.201 | Comcast Cable Communications | 2011-11-24 12:23:10 |
| 67.172.121.92 | Comcast Cable Communications | 2011-11-28 15:13:12 |
| 67.180.160.171 | Comcast Cable Communications | 2011-11-25 04:59:53 |
| 68.111.154.81 | Cox Communications | 2011-11-12 09:41:48 |
| 68.111.173.143 | Cox Communications | 2011-11-22 11:03:26 |
| 68.111.83.51 | Cox Communications | 2011-11-29 17:20:24 |
| 68.5.93.245 | Cox Communications | 2011-11-27 17:26:07 |
| 68.6.87.61 | Cox Communications | 2011-12-07 23:20:38 |
| 68.8.57.173 | Cox Communications | 2011-12-10 04:57:18 |
| 69.181.119.249 | Comcast Cable Communications | 2011-12-06 09:16:23 |
| 69.181.146.119 | Comcast Cable Communications | 2011-12-12 19:12:20 |
| 69.181.158.207 | Comcast Cable Communications | 2011-12-09 17:22:54 |
| 69.181.80.137 | Comcast Cable Communications | 2011-11-26 06:39:52 |
| 69.230.179.124 | AT&T Internet Services | 2011-12-14 11:45:25 |
| 69.235.6.122 | AT&T Internet Services | 2011-12-03 23:27:29 |
| 69.62.158.172 | Roseville Telephone Company | 2011-11-25 20:08:21 |
| 69.62.165.204 | Roseville Telephone Company | 2011-12-01 23:17:52 |
| 70.179.39.144 | Cox Communications | 2011-12-04 21:02:26 |
| 70.187.186.163 | Cox Communications | 2011-11-19 09:25:36 |
| 70.191.92.17 | Cox Communications | 2011-12-12 07:02:59 |
| 71.107.19.224 | Verizon Online | 2011-11-27 19:50:30 |
| 71.189.211.189 | Verizon Online | 2011-12-04 20:01:36 |
| 71.198.5.15 | Comcast Cable Communications | 2011-11-14 23:57:34 |
| 71.198.87.148 | Comcast Cable Communications | 2011-11-18 21:15:52 |
| 71.202.183.234 | Comcast Cable Communications | 2011-11-20 17:53:10 |
| 72.194.95.194 | Cox Communications | 2011-12-08 06:24:57 |
| 72.207.12.101 | Cox Communications | 2011-11-29 08:46:22 |
| 72.207.18.251 | Cox Communications | 2011-11-25 19:21:55 |
| 72.51.40.247 | Peer 1 Network | 2011-11-26 11:10:53 |
| 74.100.83.249 | Verizon Online | 2011-11-30 23:54:32 |
| 74.213.244.134 | Color Broadband | 2011-11-18 22:15:19 |
| 75.140.81.168 | Charter Communications | 2011-12-04 09:55:15 |
| 75.18.185.90 | AT&T Internet Services | 2011-12-12 14:55:37 |
| 75.22.50.15 | AT&T Internet Services | 2011-12-02 11:11:17 |
| 75.83.65.214 | Road Runner | 2011-11-09 00:32:07 |
| 75.85.109.118 | Road Runner | 2011-11-20 19:24:37 |
| 75.85.58.227 | Road Runner | 2011-12-08 20:13:18 |
| 76.102.100.89 | Comcast Cable Communications | 2011-12-02 07:43:02 |
| 76.103.217.187 | Comcast Cable Communications | 2011-11-30 06:39:53 |
| 76.103.64.238 | Comcast Cable Communications | 2011-12-12 00:36:16 |
| 76.126.117.80 | Comcast Cable Communications | 2011-12-03 10:24:35 |
| 76.126.138.0 | Comcast Cable Communications | 2011-12-08 15:19:31 |
| 76.126.199.63 | Comcast Cable Communications | 2011-12-03 23:28:29 |
| 76.126.22.111 | Comcast Cable Communications | 2011-11-30 19:28:18 |
| 76.127.110.212 | Comcast Cable Communications | 2011-11-19 21:26:15 |

| IP Address | ISP | Date/Time |
|---|---|---|
| 76.14.39.51 | Wave Broadband | 2011-11-29 12:30:48 |
| 76.14.86.113 | Wave Broadband | 2011-11-26 13:59:02 |
| 76.166.172.75 | Road Runner | 2011-11-17 04:50:44 |
| 76.166.187.151 | Road Runner | 2011-11-29 06:47:16 |
| 76.168.202.2 | Road Runner | 2011-12-13 08:53:42 |
| 76.169.140.71 | Road Runner | 2011-11-19 17:30:12 |
| 76.169.181.24 | Road Runner | 2011-11-26 08:11:42 |
| 76.170.190.51 | Road Runner | 2011-11-17 04:50:45 |
| 76.175.228.15 | Road Runner | 2011-12-12 23:40:30 |
| 76.175.74.112 | Road Runner | 2011-11-19 14:51:33 |
| 76.20.46.16 | Comcast Cable Communications | 2011-11-21 05:53:52 |
| 76.21.20.147 | Comcast Cable Communications | 2011-12-09 01:22:00 |
| 76.21.26.206 | Comcast Cable Communications | 2011-12-09 04:57:53 |
| 76.247.45.201 | AT&T Internet Services | 2011-11-26 03:56:28 |
| 76.93.59.80 | Road Runner | 2011-12-01 19:26:55 |
| 96.229.218.219 | Verizon Online | 2011-11-12 10:31:09 |
| 98.151.137.147 | Road Runner | 2011-11-29 20:22:26 |
| 98.155.56.241 | Road Runner | 2011-12-08 15:11:46 |
| 98.164.210.123 | Cox Communications | 2011-12-08 13:40:36 |
| 98.171.185.105 | Cox Communications | 2011-11-17 02:26:02 |
| 98.192.165.99 | Comcast Cable Communications | 2011-11-25 00:00:25 |
| 98.207.215.218 | Comcast Cable Communications | 2011-12-15 14:37:01 |
| 98.210.153.78 | Comcast Cable Communications | 2011-12-03 14:51:25 |
| 98.234.169.198 | Comcast Cable Communications | 2011-11-30 22:52:19 |
| 98.234.180.66 | Comcast Cable Communications | 2011-11-16 21:46:25 |
| 98.234.228.90 | Comcast Cable Communications | 2011-11-29 12:45:40 |
| 98.234.41.189 | Comcast Cable Communications | 2011-12-13 23:20:56 |
| 98.238.163.164 | Comcast Cable Communications | 2011-11-18 21:00:59 |
| 98.244.40.212 | Comcast Cable Communications | 2011-11-26 22:26:46 |
| 98.248.12.167 | Comcast Cable Communications | 2011-12-06 08:36:19 |
| 99.101.197.75 | AT&T Internet Services | 2011-12-03 08:29:28 |
| 99.119.249.68 | AT&T Internet Services | 2011-11-29 21:43:44 |
| 99.74.148.74 | AT&T Internet Services | 2011-11-22 16:44:54 |
| 99.98.252.53 | AT&T Internet Services | 2011-11-22 23:04:45 |