**Register of Copyrights**

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s);

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>**US District Court Eastern California**<br>**Sacramento** |
|---|---|
| DOCKET NO.<br>**2:11–CV–03479–KJM–JFM** | DATE FILED<br>**12/30/11** |

| PLAINTIFF | DEFENDANT |
|---|---|
| **PACIFIC CENTURY INTERNATIONAL, LTD** | **UNKNOWN** |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | 1–689627827 | Amateur Creampies–Laney Boggs | Pacific Century Int'l |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above–entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleadings |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above–entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ ORDER ☐ JUDGMENT | ☐ YES ☐ NO | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |