Notice of Motion to Quash Service of Summons for Lack of Personal Jurisdiction.
SUPERIOR COURT OF CALIFORNIA,
COUNTY OF EASTERN DISTICT OF CALIFORNIA
PACIFIC CENTURY INT'L, LTD
Plaintiff,
vs. JOHN DOE
(Defendant. )
Case No. CIV 2:11-cv-3479-KJM-JFM
NOTICE OF MOTION AND MOTION TO QUASH SERVICE OF SUMMONS
Date: 4/13/2012
Time: 10:00 am
Location: Prenda Law Inc, 161 N Clark St Suite 3200 Chicago, IL 60601
Judge: John F Moulds
Date Action Filed: 1/19/2012

**FILED**

MAR 0 5 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

To PACIFIC CENTURY INT'L LTD, plaintiff, and to PAUL DUFFY, his/her attorney of record:

NOTICE IS GIVEN that defendant JOHN DOE appears specially to make this motion only and, so specially appearing, does and will, on 4/13/2012 at 10:00 AM or as soon thereafter as the matter may be heard, in PRENDA LAW INC , located at 161 N CLARK ST SUITE 3200, CHICAGO IL 60601, move for an order quashing the service of summons on this defendant [and staying or dismissing the action]. The motion will be made on the ground(s) that the court lacks jurisdiction over the person of this defendant [and that ILLINOIS is an inconvenient forum and this action, in the interest of substantial justice, should be heard in a forum outside this state].

The motion will be based on this notice of motion, on the declaration(s) of JOHN DOE, and the supporting memorandum served and filed with this notice of motion, on the records and file in this action, and on such evidence as may be presented at the hearing of the motion.

Date: 2/29/2012

X

_____JOHN DOE_____