Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LLC,<br>　　　　Plaintiff,<br>　　v.<br>JOHN DOE,<br>　　　　Defendant. | **No. 2:11-cv-03479 KJM JFM**<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; IN THE ALTERNATIVE, MOTION TO APPEAR BY TELEPHONE** |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELEIF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; IN THE ALTERNATIVE, MOTION TO APPEAR BY TELEPHONE**

Plaintiff Pacific Century International, LLC, by and through its undersigned counsel, and pursuant to Court's Order Setting Status (Pretrial Scheduling) Conference, hereby moves this Court for administrative relief for an order continuing the initial case management conference for good cause.  Per the Court's Order Setting Status (Pretrial Scheduling) Conference, the Status Conference (hereinafter "SC") is scheduled for May 17, 2012. (ECF No. 5.)  While Plaintiff's counsel will need to be present and a participant in that hearing, Plaintiff's counsel will be out of the state on that day. Plaintiff believes that this is sufficient good cause for a continuance of the scheduled Status

Conference, if such a conference is even necessary in light of Plaintiff's Case Management Conference Report.

In the alternative, should the Court require a hearing that day, Plaintiff requests that the Court allow Plaintiff's counsel to appear at the hearing via telephone for the reasons referenced above.

For this reason, Plaintiff respectfully requests that this Court continue the Status Conference to **Thursday, May 31, 2012, at 2:30 p.m. in Courtroom 3 of the Sacramento Federal Court**, or to a later date that is in accordance with this Court's schedule.  This continuance will allow Plaintiff's counsel to personally attend the hearing.  Again, in the alternative, Plaintiff requests that the Court allow Plaintiff's counsel to appear at the hearing via telephone for the reasons referenced above.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: May 10, 2012**

By: \_\_\_\_/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 10, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

                                              /s/ Brett L. Gibbs
                                              Brett L. Gibbs, Esq.