Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LLC,<br>        Plaintiff,<br>  v.<br>JOHN DOE,<br>        Defendant. | **No. 2:11-cv-03479 KJM JFM**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On May 10, 2012, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial Case Management Conference; In the Alternative, Motion to Apear by Telephone. The Status Conference was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for May 17, 2012, is continued to **Thursday, May 31, 2012, at 2:30 p.m. in Courtroom 3 of the Sacramento Federal Court.**

DATED:_____    _____
                                                                                   United States District Judge