Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Accountholder (IP Address 174.66.128.247)

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC CENTURY INTL., LTD

      Plaintiff,

v.

JOHN DOE

      Defendants.

Case No. 2:11-cv-03479-KJM-JFM

**NOTICE OF APPEARANCE OF COUNSEL**

1  **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2       PLEASE TAKE NOTICE THAT Nicholas R. Ranallo, 371 Dogwood Way,

3  Boulder Creek, CA 95006, hereby enters his appearance in the above-captioned matter on

4  behalf of the ISP subscriber identified by IP address 174.66.128.247 in the above

5  captioned matter.

6

7  DATED: May 21, 2012         NICHOLAS RANALLO, ATTORNEY AT LAW

8

9                  By: _____/s/ Nicholas Ranallo_____

10                     Nicholas Ranallo (Cal Bar # 275016)
                       Attorney for Account Holder (IP address

11                     174.66.128.247)

12                     371 Dogwood Way
                       Boulder Creek, CA 95006

13                     (831) 703-4011
                       Fax: (831) 533-5073

14                     nick@ranallolawoffice.com

15

16

17

18

19                   **CERTIFICATE OF SERVICE**

20      THE UNDERSIGNED HEREBY CERTIFIES that on this 21st day of May, 2012, a true
   and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system

21 and served on all of those parties receiving notification through the CM/ECF system.

22

23                   /s/          Nicholas R. Ranallo

24                   Nicholas Ranallo, Attorney at Law

25

26

27

28