Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., <br>        Plaintiff, <br>    v. <br> JOHN DOE, <br>        Defendants. | No. 2:11-cv-03479-KJM-JFM <br><br> **[PROPOSED] ORDER DENYING MOVANT'S MOTION FOR PROTECTIVE ORDER** |

**ORDER DENYING MOVANT'S MOTION FOR PROTECTIVE ORDER**

The Court has reviewed anonymous Movant's Motion for Protective Order (hereinafter "Motion") (DKT#17), and Plaintiff's Opposition to such. As outlined more fully in Plaintiff's Opposition, Defendant's Motion has failed to meet its burden of showing that the subject subpoena should be protected by this Court. As such, Defendant's Motion is **DENIED**.

Third-party entities that have been, and will be, subpoenaed by Plaintiff must still carry on with gathering and supplying Plaintiff with the information requested through its Rule 45 subpoenas as fully laid out in this Court's Order Granting Plaintiff's *Ex Parte* Application for Expedited Discovery (DKT#9).

///

///

///

1     This order disposes of Docket No. 17.

2     IT IS SO ORDERED.

4 DATED:_____                    _____

                                                                                       United States District Judge