Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC CENTURY INTERNATIONAL LTD., <br>         Plaintiff, <br>     v. <br> JOHN DOE, <br>         Defendant. | **No. 2:11-CV-03479 KJM-JFM** <br><br> **ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE** <br><br> CMC Date:   June 14, 2012 <br> Time:          2:30 p.m. <br> Courtroom:  3 |

**ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE**

Plaintiff Hard Drive Productions, Inc., through its undersigned counsel, Brett L. Gibbs, and pursuant to Eastern District of California Local Rules and this Court's Standing Order, hereby requests this Court's permission to allow Mr. Gibbs to appear by telephone at the upcoming Status Report Hearing scheduled for Monday, June 14, 2012, at 2:30 p.m. in Courtroom 3.  Plaintiff makes this request in light of the fact that its Mr. Gibbs' office is located in Marin County, California and the expenses and burden of traveling back and forth will be great.  Mr. Gibbs can be reached at (415) 325-5900.

///

///

1  Respectfully Submitted,

2                                    PRENDA LAW INC.,

3  **DATED: June 10, 2012**

4

5                         By:      /s/ Brett L. Gibbs, Esq.

6                         Brett L. Gibbs, Esq. (SBN 251000)
                        Of Counsel to Prenda Law, Inc.

7                         38 Miller Avenue, #263
                       Mill Valley, CA 94941

8                         blgibbs@wefightpiracy.com
                       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 10, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

          /s/ Brett L. Gibbs
            Brett L. Gibbs, Esq.