# Exhibit D

Nicholas Ranallo, Attorney at Law #275016
371 Dogwood Way
Boulder Creek, CA 95006
Telephone No.: (831) 703 - 4011
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for ISP Account-Holder

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CP PRODUCTIONS, INC., | Case No.: 2:12-CV-00616-WBS-JFM |
| Plaintiff, | Magistrate Judge John F. Moulds |
| vs. | DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER |
| JOHN DOE, | |
| Defendant | |

**DECLARATION OF DIONA ATKINS**

1. I am an individual, over the age of 18, residing in San Diego, CA.

2. An IP address allegedly assigned to my ISP subscriber account was identified as a "co-conspirator" in Hard Drive Productions v. John Doe, a matter presently pending before the Eastern District of California. A copy of Plaintiff's complaint and Exhibit A of said complaint, which includes my IP address as a "co-conspirator", has been attached to this motion and are collectively referred to as "Exhibit A."

3. In connection with discovery in that matter, I received a letter from my ISP, Cox Communications, informing me that my information had been subpoenaed. A true and correct copy of this letter is also attached to this motion as Exhibit B, and incorporated herein.

4. I did not file any motion to attempt to protect my identity after receiving notice from my ISP and Plaintiff's counsel was therefore able to obtain my identity.

5. Thereafter, I received a letter on Prenda Law letterhead, dated May 16, 2012 threatening to sue me for copyright infringement unless I paid a "settlement" of $3400. A true and correct copy of this letter is annexed to this motion as Exhibit C, and incorporated herein.

6. To my knowledge I have received no other communications from Prenda Law, Inc. of any kind, including any requests for any evidence associated with its case against John Doe.

7. I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge, except for those matters stated as on information and belief, and those matters I believe to be true. If called to testify I could competently do so as set forth above.

Respectfully Submitted,                                    MAY 24, 2012

_____
Diona Atkins
4479 Idaho Street
San Diego, CA 92116-3102

DECLARATION IN SUPPORT OF MOTION FOR PROTECTIVE ORDER



05/16/2012

<u>**VIA U.S. MAIL**</u>
Diona Atkins
4479 Idaho St.
San Diego, CA 92116

Re: Hard Drive Productions, Inc. v. John Doe
2:11-at-01881 Ref #78348

Dear Diona Atkins:

Prenda Law, Inc. has been retained by Hard Drive Productions, Inc. to pursue legal action against people who illegally downloaded their copyrighted content (i.e., "digital pirates"). Digital piracy is a very serious problem for adult content producers, such as our client, who depend on revenues to sustain their businesses and pay their employees.

On December 12, 2011 at 21:57:24 UTC (UTC), our agents observed the IP address with which you are associated illegally downloading and sharing with others via the BitTorrent protocol the following copyrighted file(s):

*Amateur Allure - Dylan*
*The ISP you were connected to: Cox Communications*
*Your IP Address you were assigned during your illegal activity: 72.220.151.26*

We have received a subpoena return from your ISP confirming that you are indeed the person that was associated with the IP address that was performing the illegal downloading of our client's content listed above on the exact date(s) listed above.

On we filed an action against several anonymous digital pirates (Hard Drive Productions, Inc. v. John Doe). Under the applicable rules of civil procedure, our lawsuit against you personally will not commence unless we serve you with a Complaint.

While it is too late to undo the illegal file sharing associated with your IP address, we have prepared an offer to enable our client to recover damages for the harm caused by the illegal downloading and to allow both parties to avoid the expense of a lawsuit.

Fax: 312.893.5677        161 N Clark St., Suite 3200, Chicago, IL 60601        Tel: 312.880.9160
Fax: 305.748.2103        1111 Lincoln Rd., Suite 400, Miami Beach, FL 33139    Tel: 305.748.2102

www.wefightpiracy.com

Under the Copyright Law of the United States, copyright owners may recover up to $150,000 in statutory damages (in cases where statutory damages are applicable, which may or may not be the case here) per infringing file plus attorney's fees in cases, whereas here, infringement was willful. In it least one case where the Copyright Law has been applied to digital piracy and statutory damages were applicable, juries have awarded over $20,000 per pirated file. During the RIAA's well-publicized campaign against digital music piracy, over 30,000 people nationwide settled their cases for amounts ranging from an average of $3,000 to $12,000. More recently, on December 22, 2010, a case in which a defendant was accused of illegally downloading six works via BitTorrent, a settlement was reached for $250,000.

In light of these factors, we believe that providing you with an opportunity to avoid litigation by working out a settlement with us, versus the costs of attorneys' fees and the uncertainty associated with jury verdicts, is very reasonable and in good faith.

In exchange for a comprehensive release of all legal claims in this matter, which will enable you to avoid becoming a named Defendant in our lawsuit, our firm is authorized to accept the sum of $3,400.00 as full settlement for the claims. This offer will expire on 05/31/2012 at 4:00 p.m. CST. If you reject our settlement offers, we expect to serve you with a Complaint and commence litigation.

To reiterate: if you act promptly you will avoid being named as a Defendant in the lawsuit. You may pay the settlement amount by:

(a) Mailing a check or money order payable to 'Prenda Law Inc. Trust Account' to:

    Prenda Law, Inc.
    161 North Clark Street, Suite 3200
    Chicago, IL 60601;

(b) Completing and mailing/faxing the enclosed payment authorization to:
    Prenda Law, Inc.
    161 North Clark Street, Suite 3200
    Chicago, IL 60601
    Facsimile: (312) 893-5677.

Be sure to reference your case number and your 'Ref#' on your method of payment. Regardless of your payment method, once we have processed the settlement, we will mail you your signed Release as confirmation that your payment has been processed and that you have been released from the lawsuit.

Please consider this letter to constitute formal notice that until and unless we are able to settle our client's claim against you, we demand that you not delete any files from your computer or any other computers under your control or in your possession. If forced to proceed against you in a lawsuit, we will have a computer forensic expert inspect these computers in an effort to locate the subject content and to determine if you have deleted any content. If in the course of litigation the forensic computer evidence suggests that you deleted media files, our client will amend its complaint to add a "spoliation of evidence" claim against you. Be advised that if we prevail on this additional claim, the court could award monetary sanctions, evidentiary sanctions and reasonable attorneys' fees. If you are unfamiliar with the nature of this claim in this context, please consult an attorney.

We strongly encourage you to consult with an attorney to review your rights in connection with this matter. Although we have endeavored to provide you with accurate information, our interests are directly adverse to yours and you should not rely on the information provided in this letter for assessing your position in this case. Only an attorney who represents you can be relied upon for a comprehensive analysis of our client's claim against you.

Enclosed, please find a Frequently Asked Questions sheet, a payment authorization form and a sample of the Release that you will receive. We look forward to resolving our client's claim against you in an amicable fashion, through settlement.

Sincerely,

Joseph Perea
Attorney and Counselor at Law


Enclosures