# Exhibit E

**neustar**

21575 Ridgetop Circle
Sterling, VA 20166 USA

9191541 1033

llll.....lll....Important Legal Notice



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0003171694
$ 000.45⁰
MAY 08 2012
MAILED FROM ZIP CODE 20166

# neustar

Date:05/08/2012

## MASS SUBPOENA NOTIFICATION

Target Details: IP Address 174.66.128.247  on  11/29/2011 02:34:48 AM

Dear Customer:

Neustar is the designated agent of Cox Communications authorized to respond to subpoenas, search warrants, and court orders for the production of subscriber records.

It is the policy of Cox Communications to notify a subscriber that a subpoena has been received for the subscriber's records.

Accordingly, please be advised that on 01/23/2012 a Civil Proceeding Subpoena Request was received from Joseph Perea, Attorney for Plaintiff, Phone # (312)-344-3207. Cox Communications will comply with this subpoena on 05/22/2012 unless we receive legal documents that delay or terminate the process on or before 05/21/2012.

Cox Communications is not a party to this lawsuit and has no information about the basis for the subpoena.  However, Cox Communications has created a webpage with some explanatory information about the background of this litigation. For more information, please access the below listed link.

http://ww2.cox.com/residential/middlegeorgia/support/results.cox In the search field, type copyright and select the first article.

Any questions you may have about the subpoena itself should be referred to Joseph Perea, Attorney for Plaintiff, Phone # (312)-344-3207. If you have a need to contact NeuStar about this letter or our procedure, please contact us at (877) 510-4357, Option 4. To better enable us to provide prompt assistance, please refer to case                    en calling.

Sincerely,

Angelique Dade
Authorized Agent for Custodian of Records
Cox Communications

If you would like to authorize the release of your records immediately, please sign in the space provided below and fax this page to us at (571) 434-3401.

_____          _____
Customer Signature                                                Date