# Exhibit F



Home (/)     Search (/Business/Search)     Filings (/Business/Filings)

# Search » Business Filings

## Business Record Details »

« Back to Search Results

Minnesota Business Name
**Media Copyright Group LLC**

Business Type
**Limited Liability Company (Domestic)**

MN Statute
**322B**

File Number
**3887282-2**

Home Jurisdiction
**Minnesota**

Filing Date
**06/21/2010**

Status
**Inactive**

Renewal Due Date:
**12/31/2012**

Registered Office Address
**80 S 8th Str #900**
**Mpls MN 55402**
**USA**

Registered Agent(s)
**Paul Hansmeier**

Manager
**Peter Hansmeier**
**80 S 8th St # 900**
**Minneapolis MN 55402**
**USA**

Principal Executive Office Address
**80 S 8th St # 900**
**Minneapolis MN 55402**
**USA**

| Filing History | Renewal History |

### Filing History

| Date | Event |
|---|---|
| 06/21/2010 | Original Filing - Limited Liability Company (Domestic) |
| 06/21/2010 | Limited Liability Company (Domestic) Business Name |
| 12/22/2011 | Notice of Dissolution - Limited Liability Company (Domestic) |
| 12/22/2011 | Termination - Limited Liability Company (Domestic) |

| Office of the MN Secretary of State Home Page (http://www.sos.state.mn.us) | System Requirements<br><br>The MBLS application works with the following web browsers:<br><br>- Microsoft Internet Explorer (version 7+)<br>- Mozilla Firefox (version 3.5+)<br>- Apple Safari (version 3+)<br>- Google Chrome | Additional MBLS Information<br><br>Terms & Conditions (http://www.sos.state.mn.us/index.a page=1667)<br>Contact Us (http://www.sos.state.mn.us/index.a page=42)<br>Frequently Asked Questions (FAQ) (http://www.sos.state.mn.us/index.a page=12) |
|---|---|---|

Copyright 2011 | Secretary of State of Minnesota | All rights reserved