Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., | **No. 2:11-cv-03479-KJM-JFM** |
| Plaintiff, | Judge: Hon. Kimberly J. Mueller |
| v. | Magistrate: Hon. John F. Moulds |
| JOHN DOE, | **PLAINTIFF'S CERTIFICATE OF SERVICE REGARDING THE COURT'S JUNE 28, 2012 ORDER** |
| Defendant. |  |

On June 28, 2012, the Court ordered Plaintiff to serve a copy of its June 28 order on the Internet Service Providers ("ISPs") listed in Exhibit A to the First Amended Complaint to whom Plaintiff issued subpoenas. (ECF No. 26.) The undersigned hereby certifies that on July 13, 2012 all ISPs listed in Exhibit A to Plaintiff's First Amended Complaint (ECF No. 6-1) to whom Plaintiff issued subpoenas have been served with a true and correct copy of the Court's June 28, 2012 order (ECF No. 26).

Respectfully Submitted,

PRENDA LAW INC.

**DATED: July 16, 2012**

By:  _____/s/ Brett L. Gibbs_____
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*